**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

June 12, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** USA vs. Michael Shawn Campbell

**Case Number:** 1:06cr134-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to docket entry 14.**

**The correct PDF document is attached to this notice for your review.**