IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr134-MHT |
| | ) | [18 USC 922(d)(1); |
| | ) | 21 USC 841(a)(1)] |
| MICHAEL SHAWN CAMPBELL | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

On or about the 9th day of December, 2005, in Houston County, in the Middle District of Alabama, the defendant,

MICHAEL SHAWN CAMPBELL,

did knowingly sell and otherwise dispose of a firearm to a person, knowing and having reasonable cause to believe that such person was under indictment, and had been convicted in court of a crime punishable by imprisonment for over one year, to-wit: the defendant sold a Springfield Armory Model XD .357 SIG caliber handgun, serial number US333821, to Joshua Whigan, a person who had been convicted of the following felonies:

1) October 16, 1997, Receiving Stolen Property 2nd, in the Circuit Court of Houston County, Alabama, CC-96-1265; and

2) April 29, 1999, Possession of a Controlled Substance, in the Circuit Court of Houston County, Alabama, CC-98-1248;

and who was under indictment for the following felony:

    1)    April 6, 2005, Rape 2nd Degree, in the Circuit Court of Houston County, CC-04-692;

all in violation of Title 18, United States Code, Section 922(d)(1).

## COUNT 2

On or about the 13th day of May, 2006, in Houston County, in the Middle District of Alabama, the defendant,

MICHAEL SHAWN CAMPBELL,

did knowingly possess, with intent to distribute, a mixture and substance containing a detectable amount of cocaine base, more commonly referred to as crack cocaine, a Schedule II Controlled Substance; all in violation of Title 21, United States Code, Section 841(a)(1).

LEURA G. CANARY
UNITED STATES ATTORNEY

K. David Cooke, Jr.
Assistant United States Attorney