| COURTROOM DEPUTY MINUTES | DATE: 6/19/06 | DIGITAL RECORDING: 19:05 - 9:24 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: | Mitchell Reisner |

❏ ARRAIGNMENT   ❏ CHANGE OF PLEA   X CONSENT PLEA

❏ RULE 44(c) HEARING   ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *1:06cr134-MHT*   **DEFENDANT NAME:** *Michael Shawn Campbell*
**AUSA:** *Karl David Cooke, Jr.*   **DEFENDANT ATTY:** *Jennifer Anne Hart*

Type Counsel:   ( ) Waived;   ( ) Retained;   ( ) Panel CJA;   (X) CDO

**USPO:** Dwayne Spurlock

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES   Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

**X** — WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty   ❏ Nol Contendere

❏ Not Guilty by reason of insanity

❏ Guilty as to:

X Count(s) __1, 2__ of the Felony Information.

❏ Count(s) _____ ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X** — **ORAL ORDER ADJUDICATING GUILT as to COUNTS 1 and 2**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions. ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____ ; ❏ Sentencing on _____ ❏ _____ Bond ❏ to be set by Separate Order

**X** — **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $ _____ Bond;

❏ Trial on _____ ; or  x Sentencing on _____ x set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.