# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

MICHAEL SHAWN CAMPBELL

**WAIVER OF INDICTMENT**

CASE NUMBER: 1:06cr134-MHT

I, __Michael Shawn Campbell__, the above named defendant, who is accused of

VIOLATIONS OF TITLE 18 USC § 922(d)(1), and 21 USC §841(a)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 19th, 2006 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer