IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06cr134-MHT |
| | ) | |
| MICHAEL SHAWN CAMPBELL | | |

## CONSENT

I hereby declare my intention to enter a plea of guilty in the above case, and I

consent to have a United States Magistrate Judge conduct the proceedings required

by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such

a plea. I understand that if my plea of guilty is then accepted by the District Judge,

the District Judge will decide whether to accept or reject any plea agreement I may

have with the United States, and will adjudicate guilt and impose sentence.

DATED this of ___19th___ , day of June, 2006

_____
DEFENDANT

_____
COUNSEL