IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr134-MHT |
| | ) | |
| MICHAEL SHAWN CAMPBELL | ) | |

## MOTION FOR ORDER DIRECTING THE UNITED STATES
## MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Michael Shawn Campbell into the custody of Special Agents Kurt Limpert and William Beersdorf, Federal Bureau of Investigation, from August 31, 2006, through December 31, 2006, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Kurt Limpert and William Beersdorf to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 29th day of August, 2006.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/K. David Cooke, Jr.
    K. DAVID COOKE, JR.
    One Court Square, Suite 201
    Montgomery, Alabama 36104
    Phone: (334) 223-7280
    FAX: (334) 223-7135
    E-mail: david.cooke@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:06cr134-MHT |
| | ) |
| MICHAEL SHAWN CAMPBELL | ) |

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Hart, Esq.

Respectfully submitted,

/s/K. David Cooke, Jr.
K. DAVID COOKE, JR.
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: david.cooke@usdoj.gov