IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL ACTION NO. |
| ) | 1:06cr134-MHT |
| MICHAEL SHAWN CAMPBELL ) | |

### ORDER

It is ORDERED that the motion to substitute counsel (doc. no. 33) is granted.

DONE, this the 20th day of December, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE