IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr134-MHT |
| | ) | |
| MICHAEL SHAWN CAMPBELL | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

**COMES NOW** the Defendant, Michael Shawn Campbell, by and through undersigned counsel, Jennifer A. Hart, and moves this Honorable Court to continue his sentencing hearing past the presently scheduled date of January 31, 2007. As ground for granting this Motion, Defendant would show the following:

1. In June of 2006, Michael Shawn Campbell pled guilty to an Information charging him with selling a firearm to a known felon and with possession with intent to distribute cocaine base. He is presently scheduled to be sentenced on January 31, 2007.

2. In discussing the Presentence Report with the United States Probation Officer and the Assistant United States Attorney assigned to this case, it became apparent that there may be a "problem" with the plea agreement entered by the parties that could potentially make the plea agreement unacceptable to the Court.

3. The parties have taken measures to make sure that the information contained in the PSR is accurate and that the negotiated sentence accurately and fairly reflects the understanding of the parties.

4. The parties assert that it is in the interest of judicial economy to allow the parties an opportunity to resolve this potential problem prior to a sentencing hearing in the case, and therefore

negate the need for the Court to become involved in a matter we believe can be amicably resolved.

5.      It should also be noted that the Defendant in this case was charged with offenses which involved a Government Informant. It is believed that the Informant is also scheduled to be sentenced on January 31, 2007. In the opinion of undersigned counsel, it would not be advisable to have Mr. Campbell and the Informant transported to, and present at, the Courthouse on the same date.

6.      Neither the United States Probation Officer nor the Government opposes the granting of a continuance in this matter.

**WHEREFORE**, based upon the foregoing, the Defendant respectfully requested that the January 31, 2007 sentencing hearing be continued for a period of approximately 30 days.

Dated this 24th day of January 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, AUSA.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189