IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
|     v. ) | CRIMINAL ACTION NO. |
| ) |     1:06cr134-MHT |
| **MICHAEL SHAWN CAMPBELL** ) | |

ORDER

It is ORDERED as follows:

(1) Defendant Michael Shawn Campbell's motion to continue sentencing (Doc. No. 35) is granted.

(2) Sentencing for defendant Campbell, now set for January 31, 2007, is reset for March 7, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 24th day of January, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**