IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr134-MHT |
| | ) | |
| MICHAEL SHAWN CAMPBELL | ) | |

**DEFENDANT'S NOTICE OF FILING**
**CHARACTER REFERENCES FOR SENTENCING**

COMES NOW the Defendant, Michael Shawn Campbell, by and through undersigned counsel, Jennifer A. Hart, and respectfully submits to the Court the attached character references prepared on behalf of the Defendant for consideration at sentencing. These letters include the following:

1. Letter from Jazman Campbell (Michael Campbell's Daughter)

2. Letter from Nina Campbell. (Michael Campbell's Grandmother)

3. Letter from Nancy and David Jones. (Michael Campbell's Family Friends)

4. Letter from Wanda Chestnut. (Michael Campbell's Family Friend)

5. Letter from Melinda Waybright (Michael Campbell's ex-wife)

6. Letter from Christopher D. Smith (Michael Campbell's life time friend).

7. Letter from Becky Smith (Michael Campbell's Mother).

8. Letter from Ronnie Anthony Johnson (Michael Campbell's Family Friend).

9. Letter from Willadean Johnson (Michael Campbell's Family Friend)

10. Letter from Cleave Bowman (Michael Campbell's Family Friend)

11. Letter from George Bogart (Michael Campbell's former employer)

12. Letter from Ann Hazen (Michael Campbell's Family Friend)

13. Letter from Mary Martin (Michael Campbell's Family Friend)

14. Letter from Robert Strickland (Michael Campbell's Uncle).

15. Letter from Linda Shephard (Michael Campbell's Family Friend).

16. Letter from Susan Kincaid (Michael Campbell's Family Friend).

17. Letter from Sarah Ray (Michael Campbell's Family Friend).

18. Letter from Gayle Simmons (Michael Campbell's Aunt).

19. Letter from Brent McKee (Michael Campbell's Friend).

20. Letter from Elisa Grier (Michael Campbell's Cousin).

21. Letter from Marcus Grier (Michael Campbell's Cousin).

22. Letter from Austin Campbell (Michael Campbell's Son).

Dated this 6th day of March 2007.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 1:06cr134-MHT |
| ) | |
| **MICHAEL SHAWN CAMPBELL** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189