Dear Judge,

Thank you for reading my letter. I want to start out by saying I miss and love my daddy. The last time I saw him was the day before he went to jail. He was sitting in the stands at my softball game telling me to hit a home run for him.

My daddy is not one of these dads that just see there kids every other weekend. My daddy and mom worked it out that I can go stay with him whenever I want to. I miss him so much. I only get to talk to him now about once a week for 15 minutes.

I try to tell him everything I can in that 15 minutes. I have not seen my daddy in almost a year but it feels like forever. I can't wait until I can hug him <u>tight</u>. I'm 12 years old and I need my daddy more than anything. I have learned a life lesson through all of this.

Thank you,<br>
Jazmian Campbell