Feb 24-07

To: Honorable Judge Myron Thompson.
RE: Michael Shawn Campbell (Son)

In this letter its my intent to disclose my Son Michael Shawn Campbell's Character.

I am Michael's Mother, Nina Campbell a 64 yr. old Resident of 390 Co Rd 914 Headland, Al a widow of Dan Frank Campbell since May 5th 2000 to whom I lost with Cancer. Also a lifetime Redisent of Headland, Al and a Graduate from Collage with degree in Horticulturist. And a very loving and Caring father to Michael. And we as parents always taught him nothing but great Morals of Life. In which Michael had no problem Comprehending and always had great respect for himself, us, and everyone he meet and was in Contact with. even all through his School life & days. Dan and I recivied Compliments and admiration for him from his teachers & staffs of how well mannered he was. And how we managed to do it. And have Such a pleasant Child. "I answered" With God's help and lots of teaching. Which has to start at young age. if you have Children You know this also. and Michael today still has the same Morals & Respect today for his kids & family. and has always brought joy to our life.

Michael Started School in Headland Where he attended Elementary, Middle and Senior yrs.

his plans was to go into Collage. which was put on hold when he Meet Tiffany Blacther whom became his wife and today has Two Beautiful Kids Austin 8 & Jazman 12 which he Loves deerly and has always been a Very Supportive, Loving, Caring father to them. And hopes & prays he can make up the time and sorrow he has put them and their little Minds too.

Michael was Always involved in Sports through School and Church of all kinds and loved them and still was with his kids (Both of them) at the time of his Arrest. the Kids were in somekind of Sports and Activeties at all times. in which I think all kids Needs to be in today. it Keeps their Minds focused on good things Not Bad. so Michael's Kids Very Much Needs him back in their lives & Minds because their little Minds doesn't understand whats going on. but it could make worlds of differance of how their lives can turn out.

Your Honor, I know Ive kindly gotten of the Main Subject of this letter, but I raised my Son and I surely know he is a good Natured person, And has always helped every & Anyone he could. and a good Father, that's why his Arrest has schocked me so terrible and has me wondering what went wrong. Because when Michael went into and choose to go into Law enforcement with the Houston County Sheriff Dept it was what he always wanted to do and had his heart set on it. he told me, "Mommy"

I dearly love my job and intent to work my way up to the highest rank possible. to the top. and at the time of his arrest May 17th 2006 he was with them for 3 yrs. and ate, slept, and breath his work and was so happy about it, and it was his dream come ture job.

Your Honor, I know Michael has made a Mistake. and we have all made them of some kind. and as I know he has "Never" been in any sort of trouble or violations of the Law through out his "lifetime", which is why Michael choose to go into Law enforcement was to remove Criminals and drug Lords of the Streets. and I know that Michael hated drugs and trouble. and I've thanked "God" for this and prayed a million prayers for him through his Lifetime he wouldn't ever want them. I also have 46 yr old Daughter that has never been in any trouble with the Law. So the Lord has Blessed me with 2 Children that hasn't. and I am thankful for him & his Blessings. And I don't know "why" or "what" went wrong or "who" all was envolved in Michal's arrest, but I know this is (NOT) like Michael. Something is wrong with this situation only "God" knows. And I believe God will see us all through this. and your Honor as Michael's trial is about to surface I pray that as you deliberate on his fate that you will take inconsidartion his Life History and give him a fair trial and punishment. if any and have Mercy on him "If Big" his Kids Need him in their lives and so does Myself

because I have multiple health problems and my daughter has been home bound for several yrs. Honor, I also have prayed since Michael's incarceration that you would "please" try and get Michael in a prison if it comes to that. To where I, the kids & family can visit in one close to home. somewhere near by. I as a Christian knows prayer "and where God closes one he will open another one." and also that God will lay it on your heart to have mercy on Michael and the kids. because your honor Michael hasen't only the burden of his incarceration he and myself & kids have the burdened of his wife Tiffany of going her seprate way and asking Michael for a divorce at a time he was the lowest and down. and before his trial date. to where he can't help his self. which has broke my heart also and the kids. this is to much for them in their little minds. I hoped prayed she would reconsider but its not likely she will because the papers have already been served. So please help him. I Beg of you for his kids lives are shattered. and so is family. and "I Believe all things work through the Lord for the good."

Thank you, your Honor for taking the time to read this letter and your patinances and God Bless you & your family.

Sincerely
Nina Campbell