Feb. 22 04

Dear Sir:

I would like to say what I know about Michal Cophield, Michiel has always been a nice boy. I've known him for several years he has never been in any thing that I know of only this. He came from a nice family his Mom & Grand mother are good people.

He has 2 sweet children Jozman + Auston Austyn he was so tiny when he was born. These kids needs there Dad to help raise them I know we do things thats not right but God can help him if he wants help & I'm sure he does.

So please consider the kids for they didn't ask for this.

Freinds of Michel & faimly
Nancy & David Jones
109 Puce Lm
Dothan Al. 36301