February 21, 2007


Wanda Chesnut
105-2
Vermont Ct.
Dothan Al. 36305


Honorable Myron Thompson


On behalf of Michael Campbell, I am offering to you my personal reference in the hopes that you may consider my comments as you evaluate his character


I have known Michael and his family for 20+ years. Beginning with his childhood; I found Michael to be one of the most compassionate, trustworthy, and polite children. He demonstrated so much love towards God and his family. He repeatedly simplified this in the ways that he helped others, tended to his pets, cherished his friendships, and excelled willingly in school and sports. Never did I once fail to witness Michael address elders in any other title than "maam" or "sir". Repeatedly he displayed respect towards all who he encountered.

Throughout his years as Michael graduated from high school, and became a working citizen, and devoted husband and father; the same qualities were exhibited as this young man was faced with adversities and challenges in his life. But always he stepped up to the plate with strength and determination to be the best that he could for God, himself, and all who he encountered. His sense of obligation and responsibility was very refreshing!


As I am aware, Michael has never as a juvenile or an adult otherwise been in any sort of trouble or violations of the law. I believe that as Michael made the choice to enter into law enforcement that it was for no other motive than to serve and protect the public with honorable intentions.


Michael has instilled such an impression on me as just a "fine fine man". I pray that as you deliberate on his fate that you may sense an understanding of his true self, and consider him with leniency. Michael has two beautiful children, family, and many friends who miss him enormously, and need him in their lives. I do not doubt at all and I know that Michael is aware that his Lord and Savior are not nearly finished with him yet! I also plea that giving that his mother is with multiple illness and unable physically or financially travel lengths that you might consider this also.


Thank you for allowing me the opportunity to share with you my reference to Michael Campbell.


Sincerely

*Wanda Chesnut*

Wanda Chesnut