TO WHOM IT MAY CONCERN,

I am writing on behalf of MICHAEL S. CAMPBELL. I want the court to know what a loving and careing father he is. My daughter Jazman Campbell is 12 years old and Michael has always been there for her. He has always paid his childsupport and has done extra things like help pay for her to play softball and as you know those things can cost alot. My daughter misses him so much! When all of this first happened she was unable to go to school, she would cry everyday. Michael and I have remained friends and I can say that Michael is a good person that made a mistake and he is not the only one that has to pay, we all have to pay the price. My daughter starts ball later this week and I know that see will look up in the stands for her daddy but he won't be there to cheer her on.

Michael has missed her 12th birthday, Christmas, Thanksgiving, and many other Holidays

we miss him and he is very loved if you can find it in your heart to take these letters in consideretion that we need, miss, & love him very much!

Thank you for taking time to read my letter.

Malinda Waybright
545 Littlefield Rd.
Taylor, AL 36301