February 19, 2007

To whom it may concern:

My name is Christopher D. Smith. I am writing this letter on behalf of Michael Campbell. I have known Michael all of his life, and during all that time, I have always considered him someone that I am proud to know. He is an honest, hard working, family man. He is someone of impeccable integrity, and fine upstanding moral character. He has always been a good Christian, good father, good husband and yes a good friend. I know Michael has come into some hard times recently, perhaps self-inflicted, and for that I am truly sorry, for he and his family. Every time I see his wife she says hello. I of course ask about Michael, and she gets sad and begins to cry. I know this has been tough on his whole family. Since Michael has been locked away, no one in that family seems the same…they are all suffering so much. I ask you to please consider these things when making a decision on Michael's case. If he did break the law then let his punishment be the time he has suffered away from his family…please. I honestly think he and his family have suffered enough. I of course know it is not my decision to make. Please, all I ask is that you consider what I have written here…show mercy on this young man who has never been in any trouble before, has always been a good Christian, good father, good husband, and a great friend. In the mean time, I will continue to pray…for Michael to come home, and for the Lord to touch your heart so that you will please have mercy on this fine young man. I hope you will forgive me taking your time with this letter. I do however greatly appreciate the fine job you do each and every day. Thank you and God bless you.

Sincerely,

*Christopher D. Smith*

Christopher D. Smith