①

Feb 27, 2007

To: Honorable Judge Myron Thompson
Re: Michael Shawn Campbell (Son)

Dear Judge Thompson, I am writing on behalf of Michael Shawn Campbell. I am Michael's biological mother. I live at 203 Stone St. Dothan AL. 36301 I have been married for 23 years to Wayne Smith, which has always thought of Michael as his own son. Michael has always been a good boy from the time he was put on this earth by God. Michael has always been smart and well mannered. Michael grew up in a Christain family. Michael has always been respectful and brought up with good morals. I have never once had a bad compliment on Michael. Everyone has always spoke highly of Michael. Michael was always in love with sports and other childhood activities, he has always been a fair sportsman at everything. Michael attend Headland Elem. School and was always great in school and grades. He was always in love with sport

②

there also. Michael has 2 kids Austin 8 and Gorman 12, they love their Daddy and miss him deeply. Michael has always worked and supported his family, + with God in his life. He has always had his family in mind on everything. Michael has missed a lot since his incarceration, he has missed birthdays and holidays with his family, ball season is fixing to start soon, when the kids look up at the bleachers their daddy want be there to cheer them on. His family misses him deeply. It was a shaking time when we heard of his arrest, it almost killed me. Michael's family and friends have been there to support him through all of this. It would be different if we knew that Michael was a troubled child but he's not. We would still love him if he was. Michael since he was a small child had always played cops & Robbers with his friends. I would ask him why he liked playing cops, (he would say, Because I like catching the bad guys) So you see your Honor he had already choose this carrier from the time of his

(3)

-ping mind started. When Michael told me he was wanting to go into law enforcement I supported him all the way, but, in the back of my mind I was praying that God would protect him because there is a lot of danger involved in law enforcement. We don't know what went wrong in this case and may never will but we know that this is not like Michael. He's always been a good child, loving father, and husband. I truly believe that he didn't know all he need to know (as far as training) to be in Narcotic division. Since all of this has happened it has been so heartbreaking to us all. We have been in touch with him everyday to support him. Michael knows he made a mistake and he's truly sorry. Michael's to good of a boy to be in this mess. He's to good of a father to be without his children, they are getting to the ages that he really need them & they need him to guide them. Your Honor I could go on & on about Michael's life history but I don't want to take up your valuable time. I know that your very busy. Michael's arrest has torn



our hearts out. Your Honor please for the sakes of Michael and his family take all of this in consideration when making your judgement on Michael. Since he's been gone there a hole in everyone's heart. Like I said we're here supporting him all the way. My Mother tries to make every visit she can but she's not in good health at all. She has to have someone to travel with her when she makes her visits because its so far for her to go alone. I have been home bound for the last 4 years myself so I haven't even seen him in 10 mos, except hear his sweet voice. So you Honor will you also take in consideration of a location close by for him to go so family & his children can visit each time. I would like to thank you for taking the time to read these letters. Please your Honor take all of this in consideration when making your judgement.

                    Sincerely,
              Becky Smith (mother)