Ronnie Anthony Johnson
3510 Stanley Rd
Dothan, AL 36303

Re: Reference Michael Shawn Campbell
To: whom it may concern

    In this letter, my intent is to disclose how I know Michael Shawn Campbell and to serve as a witness to his character. I am a close friend with Michael and his family and have been so for more than twenty years. My knowledge of Michael extends back to our childhood. When we were young, Michael and I played organized sports together where he was always a unselfish team player and member of a organization called Fellowship of Christian Athletes. Also, we attended church together at First Baptist Church of Dothan where we were members and played church league basketball together. His mother was employed there during are teenage years as a cook for the church. Michael had a good childhood with love from his family. As he became a grown Man, Michael and I remained friends and continued to enjoy recreational sports together. Michael Married his first love Tiffany Blotcher when he was twenty and started a family. He has a beautiful girl, Jazzmen who is twelve now and a boy Austin, who is eight years old. I have spent time around his family and know that Michael is a good provider and loving father. Michael worked a few different career fields before he found a life in law enforcement. During the time he was employed with the Houston County Sheriff Department, He seemed happy and I believe he enjoyed removing criminals off our streets and being an important part of the community. I know Michael has made some mistakes that he can never undo, but i would hope that the best justice system in the world can work with him and deliver a fair punishment. As his friend, I can speak for the family and say that we love him and don't believe he can return soon enough. I work At Fort. Rucker With some of the men that protect our country and i truly do believe that Michael has great character that ranks with the best of them.    *Yours Truly Ronnie A. Johnson*