Willadean Johnson
3510 Stanley RD
Dothan, AL

RE: Reference letter for Michael Shawn Campbell
To: Honorable Myron Thompson

In this letter, I am offering you my personal reference of Michael Shawn Campbell's character. I have known Michael since his birth. Michael and my son grew up together. They attended school and played organized sports together. Michael is a very nice young man who is married and has two beautiful young children. He and his family are members of First Baptist Church of Dothan. He had a normal childhood with lots of love from his family. He has always been an honest person toward everyone and is a good provider for his family. I know Michael has made some mistakes. We must learn from our mistakes and I am sure this experience will teach him a valuable lesson. I believe with all my heart that Michael is sorry for what he did. As I know of, this is the first time Michael has ever been in trouble with the law. I pray that you will see fit to have mercy on him and punish him accordingly. I pray he will be placed somewhere close to home for his mother's sake because she is in bad health. Thank you for your time and consideration.

Sincerly Willa Dean Johnson