Re:Michael Shawn Campbell
To The Honorable Myron Thompson
2/25/2007

    My name is Cleave Bowman , I work at Pemco in Dalevile . I live in Dothan Al. I am writing on behalf of Michael Shawn Campbell.

    I have known Michael and his family for the past 12 years. He has two beautifull children named Jazman andAustin.

    He has always taught his kids to have respect for others . For as long as I have known him he has always

    been a provider for his family. Michael has always work and supported his childern. He has alway been a good person.

    Michael has never been in any kind of trouble over the years. he has always had his kids involved in christain activities

    since they were old enought to play,He has always made sure they were clean and neat in appearances also.

    Michael has always had respect for others. We don't know what went wrong in this matter but this is not like Micheal

    he is a good, loving father .   michael has lost a lot since he has be incarcaration , he has lost his family,wife,children and career.

    So your Honor I hope that you will keep in consideration on sentencing day that michael has good morrals and that we all miss

    him and that he has not never been in any kindof trouble in his 28 years  and that you may consider the time away and also the closest

    place for his family to visit . I want to thank you very much for taking this time out of your busy day  to read my letter .

Sincerely,

Cleave Bowman

334- 333 3694