**GEORGE'S AUTO GLASS SPECIALISTS**
P O BOX 309
HARTFORD, ALABAMA 36344
(334) 794-9110  FAX (334) 793-2081
TOLL FREE 1-866-927-9110

"We Care"

02/26/07

To whom it may concern:

After being Micheal's short time employer. I grew to know him as a reliable and responsible employee and very caring about his work. As a father of a 7 year old. He is and was a good dad interested in what his son is doing and involved in. I don't understand what the circumstances are to his incarceration but I think and believe he is the type of person you can take a chance on. Whatever the outcome I believe that everybody is worth something and deserves another chance. Therefore I believe Micheal is worth alot and would be a waste in the system. I thank you for your time and consideration

George S. Bogart
owner
George's Autoglass