Honorable Judge Myron Thompson:

I would like to take a moment to address the court in reference to Michael Campbell. Having known Mr. Campbell and his family for years I can confidently speak of what an outstanding person Mr. Campbell has always been. He has a strong faith in God, a sense of loyalty to his family and high moral values. For as long as I have known him I know that he has always made ethically sound decisions. I also feel that the court should consider leniency when considering Mr. Campbell's sentencing in the near future. Knowing that he has a very strong support system in his friends and family I feel confident that Mr. Campbell will continue to make good, sound moral decisions from this point forward. Thank you for your time and consideration.

Sincerely,

Ann Hazen
1793 Bruner Road
Dothan, Alabama 36301
334-677-7051