Feb- 27-2007

R.E: Michael Shawn Campbell

To The Honorable Myron Thompson

My name is Mary Martin. I have been friends of Micheal's mother and stepfather Becky & Wayne Smith for the past 11 years. I have been around Micheal many times over the years; he has always been a respectable young Man. He has always been involved with his children in their activities. Michael came from a good family, Christain family. I know Michael has made a mistake over this but I hope that you will take in consideration of Michaels family and kids when you sentence him. He is very much missed and loved. Thank you for taking the time to read this letter.

Sincerely
Mary Martin