To Honorable Judge Myron Thomas,

I confirm that I have known Michael Campbell since he was born. He is my nephew. At all times I have found Michael to be, dependable, reliable, hard-working, conscientious, peace-loving, courteous, and helpful as possible. I have also found him to be a loving, thoughtful husband, father and son. He has always worked hard to provide for his family. I'm happy to provide further information if required.

Yours Faithfully,

*Robert Strickland*

Robert Strickland
3030 S. State HWY. 27
Geneva, Al. 36340
334-684-0689