(1)

2-19-07

To Whom it may Concern;

My name is Linda Shepard, I am 59 yrs. old, and would like to speak a few words concerning Michial Shawn Campbell's Character. I have known Michial Shawn since he was a child. He came from a good Christian family, finished high school, always involved sports and always worked from the time he got out of school. He got married, has a wife and 2 well-mannered children, and has always been a hard working and good provider for his family. Never been in any trouble in his lifetime not even as a child. Always well-mannered and respectable to others. Never rebellious in anyway. He was just a wonderful and respectable person to be around. I don't know what went wrong

(2)

But like I said, Michial was raised in a Christian home and attended First Baptist Church and other good Organations in the Christian Fields, wherever they needed him, he would be there. Always Respectable and Kind to Others – Never hurt anyone. He is a wonderful and good Person. He is Still a Child of God, and I will Pray for Michial and Know that God is in Control Still of his life. Because I Believe that there is Nothing hidden from God that is not Revealed in all of this and I know Michial Believes this too. Michial is a Good Person and a wonderful Provider as a Father – and I said, Always has been!! I hope you will check into his background and know this before you make your decision + Judgement for his Future. Everyone deserves a second chance in life.

Thank you So Much!!  Linda Sherard