Dear your Honorable ~~Mayron~~ Myron Thompon;

My name is Susan Kincaid. I am writing you about Michael Campbell. I won't take much of your time. I just think you should know. Michael has a family that love's him and needs him very much. We know that mistakes have been made. These mistakes have already cost so much. A career, respect in the community, and strain on his family that may never recover. I know I have made many mistakes in my life. Some I will alway regret.

I hope you take some of these things into account when you past your judgement. We Love and miss Michael. And need him in our live's. the cost has already been to much.

Thank-you for your time.

Susan E. Kincaid