February 2007

Honorable Myron Thompson;

I am writing this letter in regards to Michael Campbell. I have known Michael all his life, he has always been a respectable person to all people. Michael has never been in any trouble, he was also a very smart student in school.

Michael is the father of (2) children that miss him very much. He has not seen them since he was locked up (10) months ago. Michael has always worked, when he became of age to work, and he has always paid his child support.

Michael is a very understanding person, if he know you need help he will try his best to help people.

So please your honor please take this in consideration when he stands in front of you.

Sincerely,
Sarah Ray