2-22-07

Honorable Judge Myron Thompson.
Dear Sir,
My name is Gayle Simmons and I am writeing to you concerning Michael Campble. I am Michael's Aunt and have known Michael all of his life. I can tell you truefully that Michael has always been a good kid. Never been in trouble. He made good grade's in school. He has never broke the law, untill now. I know he's made a mistake. I know what he did was wrong, But honestly Michael is a good person, a wonderful husband and a loveing father of two small children. You know, we all make mistakes. I just hope you can find it in your heart to give Michael a second chance. I know he will prove him self not to do anything but the right thing. Thank you for your time.

Gayle Simmons
PO Box 643
Bonifay Fla
32425