Feb 20, 2007

RE: Michael Shawn Campbell

To The Honorable Myron Thompson

I would like to start by saying my name
is Brent McKee. I Live in Dothan Al. I
have known Michael for the past 10 years. I
have always know michael to be well respectful
to others. Michael has always worked to
support his family. He has always been brought
up in a christain atmosphire, he is a very
loving and caring father to his children of 2
Jazman and Austin, they are 12 and 8 years old
He has always had his kids involved with
all kind of sports. I truly beleive that michael
was doing what he has been taught through
life with his kids to be a loving father and
husband. But since he has been locked up
he has now lost his wife, She has decided to
devorce him, the paper have already been
served. His mothers health is not good at all.
we ill miss michael, so does his children
they need him, I truly think michael has
seen the light in this matter. He's paid dearly
for these misstakes. So your Honor will you please
take all of this in your heart on court day
                    Thank you sir, Brent mckee