(1)

To: The Honorable Myron Thompson
RE: Michael Shawn Campbell

In this letter my intent is to disclose how I know Michael Shawn Campbell and his family.

I am his first cousin and he and my son grew up playing together. Even though, my son could not play the games sometimes he and his played, Michael would also say let him join in anyway. My kids were always enjoying the playing with Michael. Michael was brought up in a Christian home where he was taught good morals as a child, which were good and descent morals.

All those morals he kept with him all through his adult years. He grew up with lots of love from his family. As he became an adult, he went on to marry his first love Tiffany Blotcher when he was twenty and started a beautiful loving family. He has a beautiful daughter Tezzman who is 12 years old now and a son Austin

who is eight years old. I have spent time around him and his family and know that Michael is a good provider and loving father. He teaches his children the same Good Christian and Honorable morals that his family taught him growing up.

Michael worked many jobs before settling into law enforcement and after he became employed with the Sheriff's Department he seemed very happy to be getting all these criminals off the Street, right down to the drug lords. We know Michael has made some mistakes, so does everybody, but I would hope the best justice system in the world can work with him, and I speak for his family, as well as myself because we can't wait for his return home.

1118 E. Sanders Rd
Dothan Ala. 36301

Sincerely Yours
Elsie Giles
(Loving Cousin)