2-26-07

To Whom it may concern:

Hello my name is Marcus Grier.
I am Michael Campbells cousin. I have
been around him all of my life. He is
a very good guy. He has never been in any
kind of trouble exept for this. I hope
that You may have mercy when it
comes time to sentence him. I am
sure that you probably have guidlines
to follow, but I really think that
after 9 months of being incarcerated
he has learned his lesson. I talk with
him all the time, He regrets every day
the mistakes that he has made.
Thank you for your time, and please have
mercy on Michael. We love him
and miss him so much.

Thank you.
Marcus Grier