My dady is a good guy. I lov him very much. I miss him to. I want him to come home so I can play with him. I miss him veri much.

*Austin C.*