IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 MAR -6  P 4:56

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr134-MHT |
| | ) | |
| MICHAEL SHAWN CAMPBELL | ) | |

## NOTICE OF FILING SENTENCING EXHIBIT

**COMES NOW** the Defendant, Michael Shawn Campbell, by and through undersigned counsel, Jennifer A. Hart, and moves this Honorable Court to admit into evidence at sentencing the attached Defendant's Sentencing Exhibit 1; a videotape recording of statements by Michael Campbell's grandmother, mother, ex-wife, daughter and son.

Dated this 6th day of March 2007.

Respectfully submitted,

*Jennifer A. Hart*
JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## CERTIFICATE OF SERVICE

I hereby certify that I have this 6th day of March 2007, served a copy of the foregoing by hand delivery, upon the following:

Susan Redmond
Assistant United States Attorney

Respectfully submitted,

*Jennifer A. Hart*
JENNIFER A. HART
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189