# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY   ALABAMA

DATE COMMENCED  March 7, 2007              AT  4:18   A.M./P.M.

DATE COMPLETED  March 7, 2007              AT  5:00   A.M./P.M.

UNITED STATES OF AMERICA                   Criminal Action
                                           1:06cr134-MHT
        VS.

MICHAEL SHAWN CAMPBELL

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X<br>X<br>X<br>X<br>X | Atty Jennifer A. Hart |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Daniel Korobkin, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 4:18 p.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Defendant request for sentence of sixty months as stated on the record. Sentence imposed; **ORAL ORDER** during sentence imposition granting [37] Motion for Reduction in Criminal Offense Level. Defendant's that the transcript of this proceeding be placed under seal. Court directs that the transcript of this proceeding be sealed. |
| 5:00 p.m. | Hearing Concluded. |